REYNOLDS, Respondent, v. INTERBOROUGH RAPID TRANSIT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Action by Daniel Reynolds against the Interborough Rapid Transit Company, and another. J. O. Nichols, for appellants. B. Moore, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

REYNOLDS et al., Appellants, v. KELLY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Charles Reynolds and another against Edward Kelly and another. No opinion. Judgment affirmed, with costs.

RICCO, Respondent, v. WEHRHANE et al., Appellants. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Arturo Ricco against Henry H. Wehrhane and others. M. W. Wynne, for appellants. A. Knauth, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RIORDAN, Appellant, v. TENSING, Respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Denis M. Riordan against John Tensing. No opinion. Order affirmed, with $10 costs and disbursements.

RITCHEY, Respondent, v. JACKSON, Appellant et al. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Daniel P. Ritchey against Henry H. Jackson, impleaded with others. No opinion. Judgment and order affirmed, with costs. See, also, 138 App. Div. 892, 122 N. Y. Supp. 1143.

RITCHEY, Respondent, v. JACKSON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Daniel P. Ritchey against Henry H. Jackson, impleaded with others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, supra.

ROBBINS v. WOOD et al. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Fred C. Robbins against Louisa A. Wood and others. No opinion. Order affirmed, with $10 costs and disbursements.

ROBERTS, Appellant, v. TOWN OF FARMINGTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by Frances E. Roberts, as administratrix, etc., against the Town of Farmington. For former decision, see 127 N. Y. Supp. 1141. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

ROBINSON, Respondent, v. JAFFE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Benjamin Robinson against Samuel Jaffe and Tillie Jaffe.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs. See, also, 126 N. Y. Supp. 1144.

WOODWARD, J., dissents.

ROBINSON v. NEW YORK LIFE INS. & TRUST CO. et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Appeal from Special Term, New York County. Action by Henry De G. Robinson against the New York Life Insurance & Trust Company, in which Thomas H. Robinson and another intervene. From portions of an order permitting interveners to become parties defendant, upon petition, plaintiff and interveners appeal. Modified and affirmed. George F. Canfield, for appellants Thomas H. and Charles L. F. Robinson. James A. Gray, for appellant H. De G. Robinson. Joseph K. Savage, for respondent.

PER CURIAM. The order should be modified, by striking out the third clause thereof, providing for the final costs of the action, and, as so modified, affirmed, with $10 costs and disbursements in favor of Thomas H. Robinson and Charles L. F. Robinson against the plaintiff.

SCOTT, J., dissents, and votes for reversal on plaintiff's appeal.

ROCK, Appellant, v. DURANT, Respondent. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Will Rock against Howard M. Durant. No opinion. Order affirmed, with $10 costs and disbursements.

ROCKWELL, Appellant, v. SOLVAY PROCESS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by Alfred C. Rockwell against the Solvay Process Company. No opinion. Judgment affirmed, with costs.

ROESLER, Respondent, v. MAHONEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Edward Roesler against Robert J. Mahoney. No opinion. Order affirmed, with $10 costs and disbursements. Motion for stay denied, with $10 costs, and temporary stay vacated.

ROGERS, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Bessie Rogers, an infant, etc., against Payson F. Thompson. No opinion. Judgment and order affirmed, with costs.

ROSENBERG, Respondent, v. HALPERT, Appellant. (Supreme Court, Appellate Divi-